UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-08439-ODW(PLAx) | Date | December 22, 2014 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Company as Trustee v. Jerry Duran | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila Enlgish | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   (IN CHAMBERS)   Order Vacating Hearing on MOTION to Remand Case [6]

The hearing on the above-referenced MOTION, scheduled for January 5, 2015 at 1:30 P.M., is hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

:   00

Initials of Preparer   se